UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 07-701-JJB |
| COLUMBIA SUSSEX CORPORATION D/B/A SHERATON DOWNTOWN CONVENTIONS CENTER HOTEL/ BELLE OF BATON ROUGE | |

### NOTICE AND ORDER

Considering the Notice of Bankruptcy filed by defendant (doc. 16) and the EEOC's response thereto (doc. 17);

The EEOC persuasively argues that proceedings brought by the EEOC are exempt from the automatic stay provision of the Bankruptcy Code. 11 USC §362.

Accordingly, IT IS ORDERED that the request for stay be DENIED. However, defendant may reurge the request for stay if it can provide any authority to the contrary.

Baton Rouge, Louisiana, May   , 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA